IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NUMBER 18-124-1 |
| YOLANDA DENISE THOMPSON | : | |

### **O R D E R**

**AND NOW**, this _____ day of _____, 2018, it is hereby **ORDERED** that the Motion to Withdraw as Attorney be <u>granted</u>.

**BY THE COURT:**

_____
**HONORABLE WENDY BEETLESTONE**
**United States District Court Judge**

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NUMBER 18-124-1 |
| YOLANDA DENISE THOMPSON | : | |

**MOTION TO WITHDRAW AS ATTORNEY**

Salvatore C. Adamo, attorney for Yolanda Denise Thompson, hereby requests that the Court consider the above-captioned motion, and states in support thereof:

1. On July 31, 2018, I was assigned to represent Ms. Thompson in a criminal conspiracy to defraud the United States and aiding and assisting in the preparation of false tax returns and other documents.

2. The file consists of 21,000 pages of discovery which I have reviewed and have attempted to have consultations with my client regarding this matter. At this point there are irreconcilable differences which have created a conflict of interest, requiring me to withdraw.

3. Throughout my representation, I have communicated to my client the seriousness of the charges and a recommendation as to how to proceed. There seems to be an inability to comprehend these concepts and appreciate the seriousness of the case. In view of my efforts, I feel I would be ineffective in representing Ms. Thompson and, as a matter of ethical principle, I feel compelled to file this motion to withdraw.

WHEREFORE, for the foregoing reasons, it is respectfully requested that this court grant my motion to withdraw as attorney.

          Respectfully submitted,

          /s/Salvatore C. Adamo
          Salvatore C. Adamo
          Attorney for Yolanda Thompson
          1866 Leithsville Road, #306
          Hellertown, PA 18055
          215-751-1735
          Scadamo11@aol.com

Dated: November 7, 2018

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NUMBER 18-124-1 |
| YOLANDA DENISE THOMPSON | : | |

## CERTIFICATE OF SERVICE

    I, Salvatore C. Adamo, hereby certify that this *Motion to Withdraw as Attorney* has been filed electronically and is available for viewing and downloading from the ECF system. Additionally, I have served via mail delivery the following:

Yolanda Denise Thompson
1521 Dickinson Street
Philadelphia, PA


    SCA 2082
    Salvatore C. Adamo

Dated: November 7, 2018